UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE SILVERFERN GROUP, INC.,

                Plaintiff,

      - against -

ePALS CLASSROOM EXCHANGE, INC..

              Defendants.
------------------------------------------------------------X

ECF CASE

Civ. Action No. 06-cv-15404 (LBS)

**RULE 7.1 STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, The Silverfern Group, Inc., (a private non-government party) certifies that The Silverfern Group, Inc. has no corporate parent and that there is no publicly held corporation that owns ten (10%) percent or more of its stock.

Dated:    New York, NY
             December 22, 2006

                              TOFEL & PARTNERS, LLP

                              By:_____
                                  Lawrence E. Tofel (8631)
                            800 Third Avenue, 12th Floor
                            New York, NY  10022
                            (212) 752-0007

                            *Attorneys for Plaintiff*

{00023221.}