IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------)
THE SILVERFERN GROUP,                                            )
                                                                 )
            Plaintiff,                                           )
                                                                 )
v.                                                               )   Civil Action No. 06CV15404 (LBS)
                                                                 )
ePALS CLASSROOM EXCHANGE, INC.,                                  )   Rule 7.1 Disclosure Statement
                                                                 )
            Defendant.                                           )
-----------------------------------------------------------------)
```

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant ePALS Classroom Exchange, Inc. certifies that ePALS Classroom Exchange, Inc. is a wholly owned subsidiary of ePALS, Inc. and that ePALS, Inc. does not have a parent corporation nor does any publicly traded corporation own 10% or more of its stock.

Respectfully Submitted By:

_____
Maxine Sleeper (MS-9533)

COOLEY GODWARD KRONISH LLP
11951 Freedom Drive
Reston, Virginia 20190
Telephone: (703) 456-8000
Facsimile: (703) 456-8100

Attorneys for ePALS Classroom Exchange, Inc.

## CERTIFICATE OF SERVICE

    I certify that a true copy of the foregoing was sent by first-class mail, postage prepaid, this 24th day of January 2007 to:

> Lawrence E. Tofel, Esq.
> TOFEL & PARTNERS, LLP
> 800 Third Avenue, 12th Floor
> New York, NY 10022
> (212) 752-0007
>
> Counsel for Plaintiff

_____
Maxine Sleeper