AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

# RETURN OF SERVICE

| | |
|---|---|
| Amended    Amended<br>Service of the Summons and Complaint was made by me[1] | DATE<br>1/8/07 at 2:56 PM |
| NAME OF SERVER (PRINT)<br>Daniel Newcomb | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other *(specify)*: Service on ePals Classroom Exchange, Inc., was effectuated by personally serving Mary Drummond, Managing Agent duly authorized to accept service. Service was made at Corporation Service Company, 2711 Centerville Rd., Suite 400, Wilmington, DE 19808.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES<br>$60.00 | TOTAL<br>$60.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___1/8/07___
       Date

Signature of Server
DELAWARE ATTORNEY SERVICES
2000 Pennsylvania Avenue, Suite 207
Wilmington, DE 19806  (302) 429-0657
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

*TOFEL, TROUP & PARTNERS*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE

Plaintiff: The Silverfern Group, Inc.

Index # 06 CV 15404

V,

Defendant: Epals Classroom Exchange, Inc.

STATE OF CONNECTICUT
COUNTY OF NEW HAVEN          ss.

Kevin Farina, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of twenty-one and not a party to this action. I reside in the State of New York, County of Suffolk.

That January 10, 2007 at 3:32 PM., Deponent served the within named Epals Classroom Exchange, Inc. be delivering a true copy of the Amended Summons and Amended Complaint; Judges Rules; Electronic Filing Instruction to Susan Disipio / Office Manager, a person authorized to accept service of process on behalf of Epals Classroom Exchange, Inc.
X AND MANAGING AGENT
Service was effected at 70 Soundview Drive, Easton, CT. 06612

Susan Disipio is a White Female, Approximately 39 years of age, 5'7" Tall and 150 pounds with blond hair.

To the best of my knowledge and belief, said person was not engaged in the U.S. Military at the time of service.

Sworn to and subscribed before me this
12   Day of   January , 2007
by the affiant who is personally known
to me or produced identification

*Linda J. Perlmutter*
NOTARY PUBLIC
My Commission Expires: 12/31/08

*Kevin Farina*
Kevin Farina
File # 3TBS7360