UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
THE SILVERFERN GROUP, INC., : CIVIL ACTION NO.
: 06CV15404
Plaintiff, :
:
v. : **AFFIDAVIT OF SERVICE**
:
ePALS CLASSROOM EXCHANGE, :
INC., :
:
Defendant. :
------------------------------------------------------X

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK)

    Jill A. Worden, being duly sworn deposes and says that I am not a party to the action, am over 18 years of age and reside in the County of Gloucester and State of New Jersey.

    On January 31, 2007, I served the within Plaintiff's Reply to Defendant's Counterclaim by depositing a true copy thereof, in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee as indicated below:

                Maxine Sleeper, Esq.
              Cooley Godward Kronish LLP
                  11951 Freedom Drive
                    Reston, VA  20190

                              */s/ Jill A. Worden*
                              Jill A. Worden

Sworn to before me this
31st day of January, 2007

*/s/ Concetta De Maria*
Notary Public

CONCETTA DE MARIA
Notary Public, State of New York
No. 4633709
Qualified in Westchester County
Commission Expires May 31, 2010

{00023666.}