UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
THE SILVERFERN GROUP, INC.,                : CIVIL ACTION NO.
                                           : 06CV15404
            Plaintiff,                     :
                                           :
      v.                                   : **AFFIDAVIT OF SERVICE**
                                           :
ePALS CLASSROOM EXCHANGE,                  :
INC.,                                      :
                                           :
            Defendant.                     :
---------------------------------------------------------X

STATE OF NEW YORK   )
                    )   ss.:
COUNTY OF NEW YORK  )

     Jill A. Worden, being duly sworn deposes and says that I am not a party to the action, am over 18 years of age and reside in the County of Gloucester and State of New Jersey.

     On February 15, 2007, I served the within Notice of Motion, Affidavit of Clive Holmes with Exhibits, Affidavit of Lawrence E. Tofel with Exhibits, Plaintiff's Memorandum of Law and Plaintiff's Statement, Pursuant to Rule 56-1, by depositing a true copy thereof, in a sealed envelope with Federal Express overnight courier addressed to the last-known address of the addressee as indicated below:

Maxine Sleeper, Esq.
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY  10036

*[signature]*
Jill A. Worden

Sworn to before me this
16th day of February, 2007

*[signature]*
Notary Public

{00023666.}

ALEXANDER H. GARDNER
Notary Public, State of New York
No. 02GA5077696
Qualified in New York County
Commission Expires May 12, ~~1999~~ 2007