UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------)
THE SILVERFERN GROUP, LLC                        )
                                                 )   Civil Action No. 06CV15404 (LBS)
                    Plaintiff,                   )
                                                 )
        v.                                       )
                                                 )   **NOTICE OF APPEARANCE**
                                                 )   **AND DEMAND FOR SERVICE**
ePALS CLASSROOM EXCHANGE, INC.,                  )   **OF PAPERS**
                                                 )
                    Defendant.                   )
------------------------------------------------------------)

**PLEASE TAKE NOTICE** that the law firm of Schlam Stone & Dolan LLP is appearing in this action as counsel for ePals Classroom Exchange, Inc. Please take further notice that all papers and correspondence in this proceeding should be directed to this law firm.

Dated: New York, New York
       February 22, 2007

                                    **SCHLAM STONE & DOLAN LLP**

                                    By: _____
                                        James C. Sherwood (JC-6391)
                                    26 Broadway
                                    New York, New York 10004
                                    (212) 344-5400

                                    *Attorneys for Defendant*
                                    *ePals Classroom Exchange, Inc.*