SAND, J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-28-07
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------)
THE SILVERFERN GROUP,                            )
                                                 )   Civil Action No. 06CV15404 (LBS)
            Plaintiff,                           )
                                                 )   STIPULATION OF
v.                                               )   SUBSTITUTION OF COUNSEL
                                                 )
ePALS CLASSROOM EXCHANGE, INC.,                  )
                                                 )
            Defendant.                           )
-------------------------------------------------)

IT IS HEREBY STIPULATED by the undersigned that Schlam Stone & Dolan LLP, 26 Broadway, New York, New York 10004, shall be substituted as counsel for defendant ePALS Classroom Exchange, Inc. in the above matter in place and instead of Cooley Godward Kronish LLP, 1114 Avenue of the Americas, New York, NY 10036.

Dated: New York, New York
       February 23, 2007

COOLEY GODWARD KRONISH LLP               SCHLAM STONE & DOLAN LLP

By: _____            By: _____
    Maxine Sleeper (MS-9539)                 James C. Sherwood (JS-6391)
    1114 Avenue of the Americas              26 Broadway
    New York, NY 10036                       New York, NY 10004
    Phone: (212) 479-6000                    (212) 344-5400

ePALS CLASSROOM EXCHANGE, INC.

By: _____                SO ORDERED
    Ted Stern, Esq.
    Vice President and General Counsel       _____
    of ePALS, Inc.                                    U.S.D.J.

317561 v1/RE                                 7/25/07