UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
THE SILVERFERN GROUP, INC.,

            Plaintiff,                  :     Case No. 06 CV 15404 (LBS)

    v.

**DECLARATION OF**
ePALS CLASSROOM EXCHANGE, INC.,     **GEORGE LEDWITH**

            Defendant.
------------------------------------------------------------X

Pursuant to 28 U.S.C. § 1746, **GEORGE LEDWITH** hereby declares:

1. I am Executive Vice President and Chief Operating Officer of Polygon Financial Investments, Inc. I make this declaration based on my own personal knowledge and submit it in opposition to Plaintiff's motion for summary judgment.

2. Clive Holmes in his affidavit states that I gave Silverfern assurances that its fees would be paid in full. *See* Holmes Aff. ¶ 10. I never had authority, nor represented to anyone that I had such authority, to speak on ePALS Classroom Exchange, Inc.'s behalf to Silverfern.

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 27, 2007

                                                                   George Ledwith