UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
THE SILVERFERN GROUP, INC.,              :       CIVIL ACTION NO.
                                         :       06CV15404
              Plaintiff,               :
                                         :
      v.                                 :       **PLAINTIFF'S RESPONSE TO**
                                         :       **DEFENDANT'S STATEMENT**
ePALS CLASSROOM EXCHANGE,                :       **OF UNDISPUTED FACTS**
INC.,                                    :
                                         :
              Defendant.               :
---------------------------------------------------------X

      Plaintiff, The Silverfern Group, Inc. ("Silverfern"), by its undersigned counsel, submits this response pursuant to local rule 56.1, to defendant's March 27, 2007 "Statement of Undisputed Facts", and respectfully:

      1.    admits the allegations contained in defendant's paragraph No. 1; and

      2.    denies each and every allegation contained in defendant's paragraphs no. 2, 3, 4, 5, 6 7, 8, and 9, and respectfully refers the Court and counsel to the actual agreement referred to therein for its meaning, terms and effect, and to Silverfern's Reply Memorandum of Law submitted herewith for Silverfern's own discussion and analysis thereof.

      WHEREFORE, defendant's cross-motion should be denied, and Silverfern's motion granted, together with such other and further relief as the Court may deem appropriate.

{00024138.}

Dated:     New York, New York
           April 9, 2007

                                              TOFEL & PARTNERS, LLP

                                              By: _____
                                                   Lawrence E. Tofel
                                              800 Third Avenue, 12th Floor
                                              New York, NY  10022
                                              (212) 752-0007
                                              *Attorneys for Plaintiff*

To:   James C. Sherwood, Esq.
      Schlam Stone & Dolan, LLP
      26 Broadway
      New York, NY  10004
      *Attorneys for Defendants*

{00024138.}