**TOFEL & PARTNERS, LLP**
800 THIRD AVENUE
NEW YORK, N.Y. 10022

(212) 752-0007
TELECOPIER: (212) 752-8881


RECEIVED
APR 0 5 2007
CHAMBERS OF
LEONARD B. SAND

April 5, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/07
```

<u>Via Facsimile</u>

Honorable Leonard B. Sand
United States District Court
500 Pearl Street
Room 1650
New York, New York 10007

**MEMO ENDORSED**

Re:  <u>The Silverfern Group, Inc. v. ePALS Classroom Exchange</u>
     06 CV 15404(LBS)

Dear Judge Sand:

We represent the plaintiff in the above-referenced matter.

On February 15, 2007 we filed plaintiff's motion for judgment on the pleadings, or in the alternative summary judgment. During the February 27, 2007 conference in this case, defendant's substitute counsel requested an enlargement of defendant's time to serve and file its opposition to our client's motion, and it was granted thirty (30) days (in addition to the nearly two-weeks which had passed), until March 27, to file that opposition. Plaintiff's reply was scheduled to be filed on April 6, and oral argument was scheduled for the afternoon of April 12.

Defendant's filed their responses at approximately 9:00 p.m. on March 27. Defendant's filings included a cross-motion. Notwithstanding the intervening holidays, we have undertaken to prepare plaintiff's reply in anticipation of filing same tomorrow. Despite our efforts, a brief enlargement is necessary. Thus, yesterday we requested that defendant's counsel consent to a one (1) business-day enlargement of plaintiff's time to serve and file its reply until Monday, April 9. Defendant's counsel have refused our request unless we agree to serve and file our reply by 12:00 noon on Monday, grant defendant the balance of next week to prepare a reply in support of their cross-motion, and also agree to adjourn the April 12 oral argument to April 19.

For the reasons we have previously indicated to the Court, we are disinclined to accommodate defendant's historic and on-going efforts to delay

TOFEL & PARTNERS, LLP

April 5, 2007
Page 2

enforcement of our client's rights. Because of defendant's unwillingness to grant us any enlargement without imposing unacceptable conditions, we are constrained to make this application for a one (1) business-day enlargement of plaintiff's time to reply, to wit, from April 6 (Good Friday) until April 9. Defendant's will suffer no prejudice as a result of this enlargement and such extension of time will not result in any adjournment of the scheduled oral argument.

We will contact Chambers later today to ascertain the Court's disposition of this request.

Respectfully yours,

Lawrence E. Tofel

LET:jaw
cc: James C. Sherwood, Esq., via facsimile
Andrew S. Harris, Esq., via facsimile

*Endorsement*

We grant both sides' requests for adjournment and will hear oral argument on April 26, 2007 at 2:15 PM

So ordered

4/9/07

**MEMO ENDORSED**

{00024221.}