UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
THE SILVERFERN GROUP, INC.,          :
                                      :
            Plaintiff,                :
                                      :
                                      :               **ORDER**
                                      :               06 Civ. 15404 (LBS)
            -against-                 :
                                      :
EPALS CLASSROOM EXCHANGE, INC., :
                                      :
            Defendant.                :
                                      :
------------------------------------------------------x

SAND, J.,

      The Clerk of the Court is directed to remove the above-captioned action from the active docket and place it on the suspense docket.

SO ORDERED

Dated:     New York, New York
           May 29, 2007

                                                    _____
                                                    U.S.D.J.