USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-26-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
THE SILVERFERN GROUP, INC.,           :   CIVIL ACTION NO. 06CV15404 (LBS)
                                      :
            Plaintiff,                :
                                      :
     v.                               :
                                      :   **STIPULATION**
ePALS CLASSROOM EXCHANGE,             :
INC.,                                 :
                                      :
            Defendant.                :
------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties hereto that the above-entitled action shall be and the same hereby is discontinued with prejudice and without costs.

Dated:   New York, NY
         November 15, 2007

                TOFEL & PARTNERS, LLP

                By: _____
                    Lawrence E. Tofel
                800 Third Avenue
                New York, NY 10022
                (212) 752-0007
                *Attorneys for Plaintiff*

                SCHLAM STONE & DOLAN LLP

                By: _____
                    James C. Sherwood
                26 Broadway, Suite 1900
                New York, NY 10004
                *Attorneys for Defendants*

{00026053.}